IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

JOSE ALFONSO CASTILLO,

Petitioner,

vs.

WARDEN, McCook Detention Center, et al.,

Respondents.

8:26-CV-448

MEMORANDUM AND ORDER CONDITIONALLY GRANTING WRIT OF HABEAS CORPUS

The petitioner is a noncitizen currently detained by U.S. Immigration and Customs Enforcement in the McCook Detention Center in McCook, Nebraska. Filing 1. He seeks a writ of habeas corpus under 28 U.S.C. § 2241, asserting that his detention is unlawful. Filing 1. The Court agrees, and will conditionally grant the petition.

The petitioner is a citizen of El Salvador who entered the United States near El Paso, Texas in September 2004. Filing 12 at 3. He was taken into ICE custody in September 2010 and placed in removal proceedings following an arrest. Filing 12 at 3. He was released on $5,000 bond and granted voluntary departure upon posting an additional departure bond of $500. Filing 12 at 3. He was permitted to apply for asylum and withholding of removal, but those applications were later deemed abandoned, and in January 2012 the petitioner's $5,000 bond was breached for failure to comply with the immigration judge's orders. Filing 12 at 4. Eventually, however, the petitioner was permitted to reopen his immigration proceedings based on allegations of legal malpractice. *See* filing 12 at 4.

In 2020, the petitioner was encountered by ICE at the Douglas County Jail after his arrest on charges that were later dismissed. Filing 12 at 4. ICE "exercised prosecutorial discretion and did not conduct any enforcement action

on Petitioner." Filing 12 at 4. But on June 24, 2026, ICE officers were contacted by the Nebraska State Patrol, which had encountered the petitioner during a traffic stop. Filing 12 at 5. When ICE arrived the petitioner fled, but he was caught and taken into ICE custody, where he remains. Filing 12 at 4.

Because the petitioner was on conditional parole pursuant to 8 U.S.C. § 1226(a)(2)(B) when he was detained, the Court will conditionally grant the petition for the reasons articulated by the undersigned in *Dos Santos Silva v. Warden, Lincoln County Detention Center*, No. 8:26-cv-131, 2026 WL 926725 (D. Neb. Apr. 6, 2026).

IT IS ORDERED:

1. The Petition for Writ of Habeas Corpus (filing 1) is conditionally granted.

2. The government shall provide the petitioner with a bond hearing pursuant to 8 U.S.C. § 1226(a) and the corresponding regulations **on or before September 11, 2026**.

3. If the government does not provide the petitioner with a bond hearing as required, the petitioner must be immediately released from detention.

4. **On or before September 16, 2026**, the government shall provide the Court with a status update regarding the bond hearing or, if no bond hearing was held, advise the Court regarding the petitioner's release.

Dated this 4th day of September, 2026.

BY THE COURT:

John M. Gerrard
Senior United States District Judge